UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MICHAEL K. WILLIAMS, | Case No.: 2:21-cv-01864-JAD-VCF |
|---|---|
| Petitioner | **Order Denying IFP Status** |
| v. | [ECF No. 1] |
| WILLIAM HUTCHINGS, | |
| Respondent | |

Petitioner Michael K. Williams petitions for a writ of habeas corpus under 28 U.S.C. § 2254.[1]  Based on the financial information provided, I find that he is able to pay the full $5.00 filing fee in this matter, so I deny his application.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**.  Petitioner must have the $5.00 fee sent to the Clerk of Court by December 6, 2021, or this case will be dismissed.

The Clerk is directed to RETAIN the petition but not file it at this time.

Dated: November 5, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.