# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL K. WILLIAMS,

     Petitioner

v.

WILLIAM HUTCHINGS,

    Respondent

Case No.: 2:21-cv-01864-JAD-VCF

**Order Dismissing Action for Non-payment of Filing Fee**

This court denied *pro se* 28 U.S.C. § 2254 habeas petitioner Michael K. Williams's application to proceed *in forma pauperis* because the application reflected that he was able to pay the full $5.00 filing fee.[1]  The court directed Williams to have the filing fee sent to the Clerk within 30 days.  The court expressly advised Williams that failure to do so may result in the dismissal of this action.  That order was served on Williams via U.S. Mail at his address of record.  More than the allotted time has passed, and Williams has not responded to the court's order in any way.  So this action is dismissed without prejudice for failure to pay the filing fee.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to:**

- DETACH and FILE the petition [ECF No. 1-1] and

- ENTER JUDGMENT accordingly and CLOSE THIS CASE.

                                         _____

U.S. District Judge Jennifer A. Dorsey
February 18, 2022

---

[1] ECF No. 3.