# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael K. Williams, | Case No. 2:21-cv-1864-JAD-VCF |
| Petitioner | **Order Denying Motions in Closed Case** |
| v. | ECF Nos. 9, 10 |
| William Hutchings, | |
| Respondent | |

This habeas action was dismissed more than three years ago based on the petitioner's failure to pay the filing fee.[1] In a newly filed motion titled "Motion to Determine Time Left to File," Petitioner Michael K. Williams asks the court to determine for him how much time remains for him to pursue relief under 28 U.S.C. § 2254 and the Anti-Terrorism and Effective Death Penalty Act.[2] He also asks the court to appoint counsel for him.[3] Because this case is long-since dismissed and closed, IT IS ORDERED that the motion for appointment of counsel **[ECF No. 10] is DENIED**. And because the court does not give legal advice, IT IS FURTHER ORDERED that the motion to determine time **[ECF No. 9] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
June 11, 2025

---

[1] *See generally* ECF No. 3.
[2] ECF No. 9.
[3] ECF No. 10.